In re Estate of Peter Th. Smirniotis, Deceased. Appeal of Giannoula E. Goundanis et al., Appellants, v. William Th. Smith et al., Appellees.

Gen. No. 44,071.

opinion filed November 3, 1947; rehearing denied November 18, 1947; released for publication November 18, 1947. D. Parry, for appellants; John C. Gekas, of counsel; Fiedler & Amberg, for appellees; George Fiedler and Thomas Amberg, of counsel; John D. Vosnos, *pro se.* Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full..